FILED _____ LODGED
RECEIVED _____ COPY

NOV 27 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

FILED _____ LODGED
RECEIVED _____ COPY

NOV 16 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

IN RE HEALTHTECH INTERNATIONAL, INC. SECURITIES LITIGATION.

No. CIV 97-2447-PHX-ROS

THIS DOCUMENT RELATES TO:

ALL ACTIONS

[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon motion of the Plaintiffs, and good cause appearing, it is

ORDERED that plaintiffs shall within _10_ days publish on Business Wire notice of the proposed dismissal without prejudice of the above-captioned action, summarizing the reasons for the voluntary dismissal and confirming that no consideration is being received by the Representative Plaintiffs in connection with such dismissal.

FURTHER ORDERED that, absent objection, this action shall be dismissed without prejudice on December 21, 2001

Dated: December 19, 2001

UNITED STATES DISTRICT COURT

Honorable Roslyn O. Silver